# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: PASKUS, LINDA JOYCE                §   Case No. 12-29385
                                          §
                                          §
Debtor(s)                                 §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
DEBORAH K. EBNER, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn St., 7th Floor, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee. A hearing on the fee applications and any objection to the Final
Report will be held at 10:00am on 01/28/2014 in Courtroom 615, United States Courthouse,
219 S. Dearborn St., Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.


Date Mailed:  12/20/2013         By:  /s/DEBORAH K. EBNER
                                                Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: PASKUS, LINDA JOYCE         §    Case No. 12-29385
                                   §
                                   §
Debtor(s)                          §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*        $         4,605.62

*and approved disbursements of*             $            70.00

*leaving a balance on hand of* [1]          $         4,535.62

**Balance on hand:**                        $         4,535.62

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:    $            0.00
Remaining balance:                        $         4,535.62

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Deborah K. Ebner | 767.60 | 0.00 | 767.60 |
| Trustee, Expenses - Deborah K. Ebner | 113.00 | 0.00 | 113.00 |
| Attorney for Trustee, Fees - Law Office of Deborah Kanner Ebner | 3,095.00 | 0.00 | 3,095.00 |

Total to be paid for chapter 7 administration expenses:    $         3,975.60
Remaining balance:                                         $           560.02

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 560.02 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 560.02 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 193,936.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Discover Bank | 4,440.88 | 0.00 | 12.82 |
| 4 | First Personal Bank | 189,330.93 | 0.00 | 546.72 |
| 5 | Quantum3 Group LLC as agent for Comenity Bank | 164.74 | 0.00 | 0.48 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 560.02 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/DEBORAH K. EBNER
                              Trustee

DEBORAH K. EBNER
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-29385-JSB
Linda Joyce Paskus                                                        Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhuley            Page 1 of 2            Date Rcvd: Dec 23, 2013
                    Form ID: pdf006        Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2013.
```
db           #+Linda Joyce Paskus,    8756 W. 144th Street,    Orland Park, IL 60462-2758
19192325     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
19192324      +Bank Of America, N.A.,    Andrew J. Nelson,    PIERCE & ASSOCIATES, P.C.,
               1 North Dearborn, Suite 1300,   Chicago, Illinois 60602-4373
19192326      +Cap1/Bstby,   Po Box 5253,    Carol Stream, IL 60197-5253
19192327      +Cap1/Carsn,   Po Box 5253,    Carol Stream, IL 60197-5253
19192328      +Clc Consumer Services,    2730 Liberty Ave,    Pittsburgh, PA 15222-4704
19192331      +First Personal Bank,    c/o Deborah S. Ashen LTD,    217 N. Jefferson, Ste. 600,
               Chicago, IL 60661-1114
19466761      +Hurst, Robin & Kay, LLC,    30 N. LaSalle,   Ste. 1210,    Chicago, IL 60602-3364
19192332      +Mcydsnb,   9111 Duke Blvd,    Mason, OH 45040-8999
19192333      +Rnb-Fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
19192334      +Vytas Paskus,   c/o Vida Wojewski,    774 Wiggins Lake Drive,    Naples, FL 34110-6009
19192335      +Wfnnb/Limited,    Po Box 182789,    Columbus, OH 43218-2789
19192336      +Wfnnb/Victorias Secret,    Po Box 182789,    Columbus, OH 43218-2789
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19192323       E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 24 2013 02:01:36      American Honda Finance,
               2170 Point Blvd Ste 100,    Elgin, IL 60123
19748915       E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 24 2013 02:01:36
               American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
               Irving, TX 75016-8088
19742786       E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 24 2013 02:01:36
               American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
               Irving, TX 75016-8088,    866-716-6441
19192329      +E-mail/Text: wendie@creditmgt.com Dec 24 2013 02:01:13      Credit Management Cont,    Po Box 1654,
               Green Bay, WI 54305-1654
19960677       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 24 2013 02:11:23      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
19192330      +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 24 2013 02:11:23      Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
20082146       E-mail/Text: bnc-quantum@quantum3group.com Dec 24 2013 02:01:09
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 7
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2013                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2013 at the address(es) listed below:
```
              Andrew E Houha    on behalf of Creditor    Bank of America, N.A., successor by merger to BAC Home
               Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP andrew@johnsonblumberg.com,
               bkecfnotices@johnsonblumberg.com
              Constantine Dean Matsas    on behalf of Debtor Linda Joyce Paskus cdmatsas@matsaslaw.com
```

```
District/off: 0752-1           User: lhuley                Page 2 of 2                  Date Rcvd: Dec 23, 2013
                               Form ID: pdf006             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Deborah  Kanner Ebner    on behalf of Attorney Deborah Kanner Ebner dkebner@debnertrustee.com,
          IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
          admin.assistant@debnertrustee.com
         Deborah  Kanner Ebner    dkebner@debnertrustee.com,
          IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
          admin.assistant@debnertrustee.com
         Deborah S Ashen    on behalf of Creditor    First Personal Bank dsa@ashenlaw.com
         Linda M Kujaca    on behalf of Attorney Deborah Kanner Ebner lkujaca@aol.com
         Linda M Kujaca    on behalf of Trustee Deborah  Kanner Ebner lkujaca@aol.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                TOTAL: 8