**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: PASKUS, LINDA JOYCE                                    Case No. 12-29385
_____,            Chapter   7
                          Debtor

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   DEBORAH K. EBNER, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $245,225.00                Assets Exempt: $1,930.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $560.02     Claims Discharged
                                             Without Payment: $208,072.98

Total Expenses of Administration: $4,045.60

---

   3) Total gross receipts of $  4,605.62   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $  0.00  (see **Exhibit 2**), yielded net receipts of $4,605.62 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $158,127.00 | $11,948.36 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,429.41 | 4,045.60 | 4,045.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 208,946.45 | 193,936.55 | 193,936.55 | 560.02 |
| **TOTAL DISBURSEMENTS** | $367,073.45 | $210,314.32 | $197,982.15 | $4,605.62 |

4) This case was originally filed under Chapter 7 on July 25, 2012. The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/18/2014          By: /s/DEBORAH K. EBNER, Trustee
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Amber Lilly Irrevocable Trust, provides monthly | 1129-000 | 4,605.62 |
| **TOTAL GROSS RECEIPTS** | | **$4,605.62** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Honda Finance Corporation | 4110-000 | 8,458.00 | 6,976.08 | 0.00 | 0.00 |
| 2 | American Honda Finance Corporation | 4110-000 | 6,287.00 | 4,972.28 | 0.00 | 0.00 |
| NOTFILED | Bank Of America, N.A. | 4110-000 | 143,382.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$158,127.00** | **$11,948.36** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Deborah K. Ebner | 2100-000 | N/A | 1,151.41 | 767.60 | 767.60 |
| Deborah K. Ebner | 2200-000 | N/A | 113.00 | 113.00 | 113.00 |
| Law Office of Deborah Kanner Ebner | 3110-000 | N/A | 3,095.00 | 3,095.00 | 3,095.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,429.41 | $4,045.60 | $4,045.60 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 | |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Discover Bank | 7100-000 | 4,250.00 | 4,440.88 | 4,440.88 | 12.82 |
| 4 | First Personal Bank | 7100-000 | 190,000.00 | 189,330.93 | 189,330.93 | 546.72 |
| 5 | Quantum3 Group LLC as agent for Comenity Bank | 7100-000 | N/A | 164.74 | 164.74 | 0.48 |
| NOTFILED | Mcydsnb | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfnnb/Limited | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rnb-Fields3 | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfnnb/Victorias Secret | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Clc Consumer Services | 7100-000 | 6,433.00 | N/A | N/A | 0.00 |
| NOTFILED | Hurst, Robin & Kay, LLC | 7100-000 | 7,675.45 | N/A | N/A | 0.00 |
| NOTFILED | Bk Of Amer | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap1/Carsn | 7100-000 | 137.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap1/Bstby | 7100-000 | 405.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Management Cont | 7100-000 | 46.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$208,946.45** | **$193,936.55** | **$193,936.55** | **$560.02** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-29385  
**Case Name:** PASKUS, LINDA JOYCE  

**Period Ending:** 05/18/14

**Trustee:** (330480)  DEBORAH K. EBNER, Trustee  
**Filed (f) or Converted (c):** 07/25/12 (f)  
**§341(a) Meeting Date:** 09/20/12  
**Claims Bar Date:** 04/24/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---:|---:|---|---:|---:|
| 1 | Homestead property located at: 8756 W. 144th Str | 228,000.00 | 0.00 | | 0.00 | FA |
| 2 | cash on hand | 50.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account with Bank of America Chicago, I | 300.00 | 0.00 | | 0.00 | FA |
| 4 | Misc. household goods | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Misc. wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Illinois Municipal Retirement Fund through emplo | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Amber Lilly Irrevocable Trust, provides monthly | 0.00 | 0.00 | | 4,605.62 | FA |
| 8 | 2009 Honda Civic approx. 44,000 miles | 7,276.00 | 0.00 | | 0.00 | FA |
| 9 | 2010 Honda Civic approx. 23,000 miles | 8,899.00 | 0.00 | | 0.00 | FA |
| **9** | **Assets    Totals** (Excluding unknown values) | **$245,225.00** | **$0.00** | | **$4,605.62** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee is collecting settlement from Debtor which settlement was approved by court order.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2015      **Current Projected Date Of Final Report (TFR):**   December 19, 2013  (Actual)

Printed: 05/18/2014 11:10 PM    V.13.15

## Form 2
### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-29385 | | Trustee: | DEBORAH K. EBNER, Trustee (330480) |
| Case Name: | PASKUS, LINDA JOYCE | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******2366 - Checking Account |
| Taxpayer ID #: | **-***4720 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/18/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/14/13 | {7} | Linda Paskus | setlement of annuity claim | 1129-000 | 767.61 | | 767.61 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 757.61 |
| 06/18/13 | {7} | Linda Paskus | | 1129-000 | 767.61 | | 1,525.22 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,515.22 |
| 07/16/13 | {7} | Linda Paskus | | 1129-000 | 767.60 | | 2,282.82 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,272.82 |
| 08/12/13 | {7} | Linda Paskus | | 1129-000 | 767.60 | | 3,040.42 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,030.42 |
| 09/12/13 | {7} | Linda J. Paskus | | 1129-000 | 767.60 | | 3,798.02 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,788.02 |
| 10/13/13 | {7} | Linda J Paskus | | 1129-000 | 767.60 | | 4,555.62 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,545.62 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,535.62 |
| 01/29/14 | 101 | Deborah K. Ebner | Dividend paid 100.00% on $767.60, Trustee Compensation;  Reference: TRUSTEE | 2100-000 | | 767.60 | 3,768.02 |
| 01/29/14 | 102 | Deborah K. Ebner | Dividend paid 100.00% on $113.00, Trustee Expenses;  Reference: TRUSTEE EXPENSES | 2200-000 | | 113.00 | 3,655.02 |
| 01/29/14 | 103 | Law Office of Deborah Kanner Ebner | Dividend paid 100.00% on $3,095.00, Attorney for Trustee Fees (Trustee Firm);  Reference: EBNER LAW | 3110-000 | | 3,095.00 | 560.02 |
| 01/29/14 | 104 | Discover Bank | Dividend paid   0.28% on $4,440.88; Claim# 3; Filed: $4,440.88; Reference: XXXXXXXXXXXX2084 | 7100-000 | | 12.82 | 547.20 |
| 01/29/14 | 105 | First Personal Bank | Dividend paid   0.28% on $189,330.93; Claim# 4; Filed: $189,330.93; Reference: XXXXX XXXXXX 8905
Voided on 01/29/14 | 7100-000 | | 546.72 | 0.48 |
| 01/29/14 | 105 | First Personal Bank | Dividend paid   0.28% on $189,330.93; Claim# 4; Filed: $189,330.93; Reference: XXXXX XXXXXX 8905
Voided: check issued on 01/29/14 | 7100-000 | | -546.72 | 547.20 |
| 01/29/14 | 106 | Quantum3 Group LLC as agent for Comenity Bank | Dividend paid   0.28% on $164.74; Claim# 5; Filed: $164.74; Reference:
Voided on 01/29/14 | 7100-000 | | 0.48 | 546.72 |
| 01/29/14 | 106 | Quantum3 Group LLC as agent for Comenity Bank | Dividend paid   0.28% on $164.74; Claim# 5; Filed: $164.74; Reference:
Voided: check issued on 01/29/14 | 7100-000 | | -0.48 | 547.20 |
| 01/29/14 | 107 | First Personal Bank | Ref # XXXXX XXXXXX 8905 | 7100-000 | | 546.72 | 0.48 |

Subtotals :       $4,605.62       $4,605.14

{} Asset reference(s)

Printed: 05/18/2014 11:10 PM    V.13.15

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-29385  
**Case Name:** PASKUS, LINDA JOYCE  

**Taxpayer ID #:** **-***4720  
**Period Ending:** 05/18/14  

**Trustee:** DEBORAH K. EBNER, Trustee (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2366 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/29/14 | 108 | Quantum3 Group LLC as agent for Comenity Bank | | 7100-000 | | 0.48 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,605.62 | 4,605.62 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 4,605.62 | 4,605.62 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,605.62** | **$4,605.62** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******2366** | 4,605.62 | 4,605.62 | 0.00 |
| | $4,605.62 | $4,605.62 | $0.00 |

{} Asset reference(s)                                                                 Printed: 05/18/2014 11:10 PM    V.13.15